IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH,<br><br>     PLAINTIFF,<br><br>VS<br><br>BRADLEY PARKER<br><br>     DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 24-cv-4324<br>§<br>§<br>§<br>§<br>§ |

### NOTICE OF REMOVAL

1.  Pursuant to 28 U.S.C. §§ 1332, 144l(b), 1446(a), and Local Rule 81., Defendant, Bradley Parker removes this action from the Supreme Court for the State of New York County of New York. No. 652228/2024. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal is being filed with the clerk of the State court.

2.  Copies of all filings are being filed currently herewith, and pursuant to the Court's Website instructions the filing fee is being mailed within the time prescribed for pro se filings.

### FACTUAL BASIS FOR REMOVAL

3.  The Plaintiff is a foreign corporation or a New York corporation with a principal place of business in New York state. If it is not a formal corporation, all of its members are citizens of Kuwait and/or New York (not Texas). Defendant is an individual and a resident and citizen of Texas. Complete diversity exists between the parties and the matter in controversy exceeds $75,000.00. 28 U.S.C. Section 1332.

### LOCAL RULE INFORMATION

4.  In the case of each individual named as a party, that party's residence and

domicile and any state or other jurisdiction of which that party is a citizen for purposes of 28 U.S.C. § 1332;

**Brad Parker is a citizen and domiciled in Texas.**

5. In the case of each party that is a partnership, limited liability partnership, limited liability company, or other unincorporated association, like information for all of its partners or members, as well as the state or other jurisdiction of its formation.

**There are no parties meeting this description**.

6. In the case of each party that is a corporation, its state or other jurisdiction of incorporation, principal place of business, and any state or other jurisdiction of which that party is a citizen for purposes of 28 U.S.C. § 1332;

**Plaintiff is a Kuwait corporation with a principal place of business in Kuwait.**

7. In the case of an assigned claim, corresponding information for each original owner of the claim and for each assignee; and

**No claim assignment**

8. The date on which each party that has been served was served. If such information or a designated part is unknown to the removing party, the removing party may so state, and in that case plaintiff within twenty-one (21) days after removal shall file in the office of the Clerk a statement of the omitted information.

**Bradley Parker denies proper service but received a copy on or about May 8, 2024.**

                                                  **Respectfully submitted,**

                                                  **/S/Bradley Parker**
                                                  2127 Bolsover St.
                                                  Houston TX,  77005
                                                  832-293-3893
                                                  Brad.s.parker3@gmail.com

## Certificate Of Service

I certify that I served a true and correct copy of the attached pleading on all counsel of record on June 3, 2024

/s/Bradley Parker