UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL BANK OF KUWAIT, S.A.K.P,
NEW YORK BRANCH,

                    Plaintiff,

      -against-

BRADLEY PARKER,

                    Defendant.

24-cv-4324 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's September 3, 2024 order, Dkt. 11, a remote initial pretrial conference is currently scheduled for October 9, 2024, at 11:30 AM. That order listed incorrect dial-in information. The parties are hereby advised that they should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 750 182 022, followed by the pound (#) sign.

    The Clerk of Court is directed to mail this order to defendant, who is proceeding in this case *pro se*, at the address listed on the docket.

    SO ORDERED.

Dated: September 13, 2024
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge