

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Patrick E. Fitzmaurice
tel: +1.212.858.1171
patrick.fitzmaurice@pillsburylaw.com

July 3, 2025

<u>*Via ECF*</u>
Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re:    *National Bank of Kuwait, S.A.K.P., New York Branch v. Parker*
              Case No. 1:24-cv-04324-AS

Dear Judge Subramanian:

      We represent Plaintiff National Bank of Kuwait, S.A.K.P., New York Branch ("NBK"), in the above-referenced matter. In accordance with Section 11 of this Court's Individual Practices, NBK seeks leave to file certain documents in redacted form.

      On June 4, 2025, this Court granted NBK's motion for summary judgment and directed the parties to "jointly propose a date for a hearing to determine the total amount due under the relevant agreements." (ECF No. 40). On June 23, 2025, this Court entered a Joint Stipulation and Scheduling Order setting forth a schedule for the parties' submission of additional material in advance of a hearing to be held on August 26, 2025 to determine the amount due. (ECF No. 42).

      Among the information that NBK will rely on to establish the amounts it is owed by Mr. Parker are invoices from its counsel reflecting legal fees NBK has incurred in various litigation and bankruptcy matters in connection with its efforts to recover on the loan to the borrower, Galleria 2425 Owner, LLC. The invoices require redaction to protect privileged information contained in the invoices.

www.pillsburylaw.com

4920-7449-7106.v1

July 3, 2025
Page 2

      As required by Your Honor's Individual Practices, I emailed Mr. Parker to inform him of NBK's need to file redacted documents and he has not responded. Also as required by the Individual Practices, copies of the redacted invoices are attached to this letter and additional copies will be filed under seal with the proposed redactions highlighted.

                                    Respectfully Submitted,

                                    */s/ Patrick E. Fitzmaurice*

                                    Patrick E. Fitzmaurice

cc:    Bradley Parker
        brad.s.parker3@gmail.com
        2127 Bolsover Street
        Houston, TX 77005

SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 47.

Arun Subramanian, U.S.D.J.
Date: August 18, 2025