UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH,<br><br>                              Plaintiff,<br><br>     -against-<br><br>BRADLEY PARKER,<br><br>                              Defendants. | 24-CV-4324 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    As discussed at today's hearing, NBK should communicate a settlement proposal to Parker by September 5, 2025. Parker should respond by September 12, 2025, and the parties should hold a teleconference the week of September 15, 2025, to iron out any remaining issues. The parties are hereby ordered to appear for another teleconference before the Court on September 25, 2025, at 2:00 PM. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 941 429 150, followed by the pound (#) sign. If the parties resolve this case in advance of the conference, they should file a joint letter advising the Court that the conference can be canceled.

       SO ORDERED.

Dated: August 27, 2025
       New York, New York

                                                     ARUN SUBRAMANIAN
                                                     United States District Judge