UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| National Bank of Kuwait, S.A.K.P, New York Branch,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>Bradley Parker,<br><br>　　　　　　　　　　Defendant. | 24-cv-04324 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　The hearing scheduled for 2 p.m. on September 25, 2025 has been rescheduled for 3 p.m. on the same day. The teleconference details remain the same.

　　SO ORDERED.

Dated: September 24, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge