UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| National Bank of Kuwait, S.A.K.P, New York Branch, | |
| Plaintiff, | 24-cv-4324 (AS) |
| -against- | ORDER |
| Bradley Parker, | |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

The parties are hereby ordered to appear for another teleconference before the Court on October 9, 2025 at 2 p.m. ET. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 511 238 501, followed by the pound (#) sign. If the parties resolve this case in advance of the conference, they should file a joint letter advising the Court that the conference can be canceled.

SO ORDERED.

Dated: September 26, 2025
New York, New York

ARUN SUBRAMANIAN
United States District Judge