UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH,<br><br>        Plaintiff,<br><br>   -against-<br><br>BRADLEY PARKER,<br><br>        Defendant. | 24-cv-4324 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties are hereby ordered to appear for another teleconference before the Court on October 23, 2025 at 2 p.m. ET. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 229 128 668, followed by the pound (#) sign. If the parties resolve this case in advance of the conference, they should file a joint letter advising the Court that the conference can be canceled.

  SO ORDERED.

Dated: October 10, 2025
    New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge