UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Bank of Kuwait,

                                          Plaintiff,

                    -against-                                    24-cv-4324 (AS)

Brad Parker,                                                     ORDER

                                          Defendant.

ARUN SUBRAMANIAN, United States District Judge:

      The teleconference previously scheduled for October 23, 2025 has been rescheduled to October 30, 2025 at 2 p.m. ET, at the request of the parties. The teleconference details remain the same.

      SO ORDERED.

Dated: October 21, 2025
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge