UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH,<br><br>       Petitioner,<br><br> -against-<br><br>BRADLEY PARKER,<br><br>       Respondent. | 24-cv-4324 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties are hereby ordered to appear for another teleconference before the Court on November 20, 2025 at 4 p.m. ET. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 130 100 883, followed by the pound (#) sign. If the parties resolve this case in advance of the conference, they should file a joint letter advising the Court that the conference can be canceled.

  SO ORDERED.

Dated: October 30, 2025
   New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge