UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| National Bank of Kuwait, S.A.K.P., New York Branch,<br><br>       Plaintiff,<br><br>  -against-<br><br>Bradley Parker,<br><br>       Defendant. | 24-cv-4324 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As discussed at today's conference, the case is STAYED pending further order of the Court. Either party may make an application to lift the stay should there be an impasse in settlement negotiations.

  SO ORDERED.

Dated: November 20, 2025
    New York, New York

                     _____
                      ARUN SUBRAMANIAN
                     United States District Judge