UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| National Bank of Kuwait, S.A.K.P., New York Branch,<br><br>                              Plaintiff,<br><br>                 -against-<br><br>Bradley Parker,<br><br>                              Defendant. | 24-CV-4324 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On or before January 9, 2026, NBK is directed to send Parker the proposed settlement agreement by email. The parties should meet and confer promptly to determine if the agreement is acceptable and this case can be dismissed.

If this case has not settled, on or before March 9, 2026, Parker may file any response to NBK's proposed calculations for the judgment. *See* Dkts. 44-47.

On or before January 9, 2026, NBK should email Parker this Order and any materials in support of its calculations.

        SO ORDERED.

Dated: January 8, 2026
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge