**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK
BRANCH.

<table>
<tr><td>Plaintiff,</td><td>24 **CIVIL** 4324 (AS)</td></tr>
<tr><td>-against-</td><td>**<u>JUDGMENT</u>**</td></tr>
<tr><td>BRADLEY PARKER.</td><td></td></tr>
<tr><td>Defendant.</td><td></td></tr>
</table>

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 04, 2025 and Memo Endorsement dated April 3, 2026, Motion for summary judgment is GRANTED. Accordingly, judgment is entered in favor of the plaintiff National Bank of Kuwait, S.A.K.P., New York Branch in the amount of $50,864,131.03 against Defendant Bradley Parker and the case is closed.

**Dated:**  New York, New York

April 7, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**
_____
**Deputy Clerk**